Thomas V. Girardi, SBN 36603 (tgirardi@girardikeese.com)
Graham B. Lippsmith, SBN 221984 (glippsmith@girardikeese.com)
GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
(213) 977-0211; (213) 481-1554 FAX

Lorin E. Brennan (SBN 75915)(leb@lindelaw.net)
Douglas A. Linde (SBN 217584)(dal@lindelaw.net)
Erica L. Allen (SBN 217584)(ela@lindelaw.net)
THE LINDE LAW FIRM
9000 Sunset Blvd., Suite 1025
Los Angeles, CA 90069
Tel: (310) 203-9333; Fax: (310) 203-9233

Attorneys for Plaintiff RHYN NOLL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| RHYN NOLL, an individual, | Case No. SACV 08-617 AG (MLGx) |
| | Honorable Andrew J. Guilford |
| Plaintiff, | Complaint filed: June 3, 2008 |
| v. | **ORDER RE: STIPULATION OF VOLUNTARY DISMISSAL OF** |
| STREET SURFING, LLC, et.al. | **DICK'S SPORTING GOODS, INC. AND CHICK'S SPORTING GOODS, INC. WITH PREJUDICE** |
| Defendants. | **[FRCP 41(a)(1)]** |

1
[PROPOSED] ORDER RE: STIPULATION OF VOLUNTARY DISMISSAL

1
2
3
4
5
6

The Second Amended Complaint filed by Plaintiff RHYN NOLL is hereby dismissed, with prejudice, against DICK'S SPORTING GOODS, INC. and CHICK'S SPORTING GOODS, INC. ONLY, pursuant to FRCP 41(a)(1), with each side to bear their own costs.

7
8
9
10

**IT IS SO ORDERED.**

DATE: June 25, 2010

_____
Honorable Andrew J. Guilford
United States District Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28