1
2
3
4
5

Thomas V. Girardi, SBN 36603 (tgirardi@girardikeese.com)
Graham B. Lippsmith, SBN 221984 (glippsmith@girardikeese.com)
GIRARDI ǀ KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
(213) 977-0211; (213) 481-1554 FAX

JS-6

6
7
8
9
10

Lorin E. Brennan (SBN 75915)(leb@lindelaw.net)
Douglas A. Linde (SBN 217584)(dal@lindelaw.net)
Erica L. Allen (SBN 217584)(ela@lindelaw.net)
THE LINDE LAW FIRM
9000 Sunset Blvd., Suite 1025
Los Angeles, CA 90069
Tel: (310) 203-9333; Fax: (310) 203-9233

11

Attorneys for Plaintiff RHYN NOLL

12
13
14

**UNITED STATES DISTRICT COURT**

15

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

16

| | |
|---|---|
| RHYN NOLL, an individual,<br><br>                               Plaintiff,<br><br>           v.<br><br>STREET SURFING, LLC, et.al.<br><br>                               Defendants.<br>_____ | Case No. SACV 08-617 AG (MLGx)<br>Honorable Andrew J. Guilford<br>Complaint filed: June 3, 2008<br><br>**ORDER RE: STIPULATION OF**<br>**VOLUNTARY DISMISSAL OF BIG 5**<br>**CORP., ERRONEOUSLY SUED AS**<br>**BIG 5 SPORTING GOODS CORP.,**<br>**WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)]** |

17
18
19
20
21
22
23
24
25
26
27
28

1    The Second Amended Complaint filed by Plaintiff RHYN NOLL is hereby

2  dismissed, with prejudice, against Defendant BIG 5 CORP., erroneously sued as BIG 5

3    SPORTING GOODS CORP., ONLY, pursuant to FRCP 41(a)(1), with each side to

4    bear their own costs.

5

6  **IT IS SO ORDERED.**

7

8  DATE: July 12, 2010    _____

9    Honorable Andrew J. Guilford
   United States District Judge

10  # 9573276_v1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28